■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENIO SEVERINO, Appellant. [846 NYS2d 62]—Order of resentence, Supreme Court, New York County (Micki A. Scherer, J.), rendered on or about March 27, 2006, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Gonzalez, Sweeny and Malone, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY SETH, Appellant. [846 NYS2d 62]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about June 7, 2006, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Gonzalez, Sweeny and Malone, JJ.